UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-08736-CAS-MBK | Date | October 22, 2025 |
|---|---|---|---|
| Title | Mesa Villa Apartments LLC v. Tuesday Navarette et al | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS)** - ORDER TO REMAND

On August 6, 2025, plaintiff Mesa Villa Apartments LLC ("plaintiff") filed this unlawful detainer action against defendants Tuesday Navarette ("Navarette") and Does 1-10 (collectively, "defendants") in Los Angeles County Superior Court. Dkt. 1 at 1. Navarette removed the case to this Court on September 15, 2025. Id. at 3. Navarette concurrently filed a request to proceed *in forma pauperis*. Dkt. 3. Navarette asserts that this Court has jurisdiction on the basis of a federal question. Dkt. 1 at 2 (citing 28 U.S.C. § 1331 and § 1441).

It appears that this Court lacks subject matter jurisdiction over this action. The law is clear that "[u]nlawful detainer actions are strictly within the province of state court." Federal Nat'l Mort. Assoc. v. Suarez, 2011 U.S. Dist. LEXIS 82300, *6 (E.D. Cal. Jul. 27, 2011); Deutsche Bank Nat'l Trust Co. v. Leonardo, 2011 U.S. Dist. LEXIS 83854, *2 (C.D. Cal. Aug. 1, 2011) ("[T]he complaint only asserts a claim for unlawful detainer, a cause of action that is purely a matter of state law.").

Here, the only claim asserted by plaintiff is for unlawful detainer against defendants. See dkt. 1 at 1-2. The Court therefore lacks subject matter jurisdiction and must remand. Suarez, 2011 U.S. Dist. LEXIS 82300 at *6. On October 7, 2025, the Court ordered defendants to show cause, in writing, no later than October 21, 2025, why this case should not be remanded to Los Angeles County Superior Court. Dkt. 7. Defendants have failed to respond to the order to show cause. Accordingly, the Court **REMANDS** this case to Los Angeles County Superior Court.

IT IS SO ORDERED.

                                                                                         _____ : _____
                                                                                         Initials of Preparer